IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GOODE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHELE FARRELL | : | No. 14-885 |

### ORDER

    AND NOW, this 30th day of September, 2015, upon consideration of plaintiff's "Complaint," defendant's "Motion to Dismiss for Failure to State a Claim," plaintiff's "Brief in Opposition to Defendant Memorandum of Law in Support of the Motion to Dismiss," and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

    1.  Defendant's "Motion to Dismiss for Failure to State a Claim" (paper no. 23) is **GRANTED**.

    2.  The Clerk of Court shall mark this action **CLOSED**.

*/s/ Norma L. Shapiro*
                                              J.